IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONSO MCKINEY,

      Petitioner,               No. 2:12-cv-2112 CKD P

      vs.

K. HOLLAND,

      Respondent.            ORDER

_____/

      Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

      Accordingly, IT IS HEREBY ORDERED that petitioner's September 17, 2012, request for appointment of counsel (Dkt No. 6) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: October 17, 2012

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

8/kly - mcki2112.110